**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| Theresa Parker, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 1:25-CV-734-ADA |
| | § | |
| Travis County Sheriff Department, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. ECF No. 33. The report recommends that the District Court **GRANT IN PART** and **DENY IN PART** Defendant Travis County and Sherrif Sally Hernandez's Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 27). The Court recommends that the District Court **GRANT** the Motion to dismiss all claims against Sheriff Hernandez as duplicative and **DENY** the Motion to Dismiss Parker's claims against Travis County.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (ECF No. 33) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Travis County and Sherrif Sally Hernandez's Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 27) is **GRANTED IN PART** and **DENIED IN PART**. All claims against Sheriff Hernandez are dismissed as duplicative. Parker's claims against Travis County are not dismissed.

**SIGNED** 04/01/2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE